# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 28, 2026

Mr. Philip Devlin
Western District of Texas, San Antonio
United States District Court
262 W. Nueva Street
Suite G65
San Antonio, TX 78207

No. 26-50021    USA v. Quintanilla-Chavez
USDC No. 5:25-CR-388-1

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

cc w/encl:
    Ms. Maureen Scott Franco
    Ms. Kristin Michelle Kimmelman
    Mrs. Margaret Feuille Leachman
    Mr. Zachary Carl Richter
    Mr. Justin Simmons
    Ms. Sarah Elizabeth Wannarka