

# United States Court of Appeals
# for the Fifth Circuit

**A True Copy**
**Certified order issued Apr 28, 2026**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 26-50021

United States Court of Appeals
Fifth Circuit

**FILED**

April 28, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellant*,

*versus*

JAIME ALBERTO QUINTANILLA-CHAVEZ,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:25-CR-388-1

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of April 28, 2026, pursuant to the joint motion of the parties.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT